JODI LINKER
Federal Public Defender
Northern District of California
DAVID RIZK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:    (415) 436-7706
Email:         david_rizk@fd.org

Counsel for Defendant VINNIK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER VINNIK,<br><br>Defendant. | **Case No.:** 16-CR-227 SI<br><br>**UNOPPOSED MOTION RE: PRIVATE CONSULAR ACCESS** |

    Defendant Alexander Vinnik is a Russian citizen who was extradited from Greece. He enjoys the right to consular notification and access. On November 3, 2022, the Russian Ambassador and First Secretary intend to visit Mr. Vinnik in person at Santa Rita Jail. According to the U.S. Department of State, the Vienna Convention on Consular Relations and any applicable bilateral agreements state that Russian consular officials are "entitled to converse with their nationals, but do

not explicitly state that such conversations must be in private."[1] However, the State Department urges custodial agencies to maintain the privacy of conversations between detained foreign nationals and consular officials unless there are articulable safety or security concerns.[2] In this case, no party has articulated any safety or security concerns and both Mr. Vinnik and the Russian consular officials request that their meeting remain private. Undersigned counsel has been in contact with the Alameda County Sheriff's Office (ACSO) about the November 3, 2022 visit, and as of this filing it is not clear whether ACSO or other federal agencies have any intention of attempting to record or monitor in any way the consular visit. Therefore in an abundance of caution, Mr. Vinnik requests an order from the Court prohibiting any local, state, or federal agency from recording, monitoring, or otherwise surveilling, in any way whatsoever, the November 3, 2022 meeting between Mr. Vinnik and the visiting consular officials. Undersigned counsel has conferred with counsel for the United States in this matter and the government does not oppose this request.

Respectfully Submitted,

November 1, 2022
Dated

JODI LINKER
Federal Public Defender
Northern District of California

　　　　　/S　　　　　
DAVID RIZK
Assistant Federal Public Defender

---

[1] U.S. Dep't of State, Consular Notification and Access Manual (5th ed., Sept. 2018) at p. 33, *available at* https://travel.state.gov/content/travel/en/consularnotification.html (last accessed Nov. 1, 2022).

[2] *See id.* ("The Department of State would normally expect the privacy of communications between consular officers and their nationals to be respected. … The monitoring of consular conversations may have a chilling effect on the foreign national's ability to communicate freely with the consular officer about issues that go to the core of consular assistance. … In general, you should be prepared to articulate specific safety or security concerns in cases where you believe you cannot provide a private meeting area to the consular officer and the detainee, or where you otherwise believe that monitoring the visit is essential. Where safety or security concerns are invoked, the measures taken to monitor the visit must be tailored to address the articulated concerns, in order to enable full effect to be given to the purposes of consular visits to the greatest extent possible.").

STIPULATION AND [PROPOSED] ORDER
*VINNIK*, CR 16–227 SI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 16-CR-227 SI |
| Plaintiff, | **[PROPOSED] ORDER RE: CONSULAR ACCESS** |
| v. | |
| ALEXANDER VINNIK, | |
| Defendant. | |

For the reasons stated in the defendant Alexander Vinnik's unopposed motion, the Alameda County Sheriff's Office, the U.S. Department of Justice, and all other local, state, and federal agencies are hereby prohibited from recording, monitoring, or otherwise surveilling, in any way whatsoever, the in-person meeting between Mr. Vinnik and Russian consular officials at Santa Rita Jail scheduled for November 3, 2022.

IT IS SO ORDERED.

DATED: _____

_____
HONORABLE SUSAN ILLSTON
Senior United States District Judge