1   STEPHANIE M. HINDS (CABN 154284)
    United States Attorney
2
    THOMAS A. COLTHURST (CABN 99493)
3   Chief, Criminal Division

4   CLAUDIA QUIROZ (CABN 254419)
    Assistant United States Attorney
5   C. ALDEN PELKER (MD)
    Trial Attorney
6   Computer Crime & Intellectual Property Section
    United States Department of Justice
7
        450 Golden Gate Avenue, Box 36055
8       San Francisco, California 94102-3495
        Telephone: (415) 436-7428
9       FAX: (415) 436-7234
        claudia.quiroz@usdoj.gov
10      catherine.pelker@usdoj.gov

11  Attorneys for United States of America

12                      UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                       SAN FRANCISCO DIVISION

15

16  UNITED STATES OF AMERICA,            )   Case No. CR 16-00227 SI
                                         )
17          Plaintiff,                   )   UNITED STATES' RESPONSE TO DEFENDANT
                                         )   ALEXANDER VINNIK'S UNOPPOSED MOTION
18      v.                               )   RE: PRIVATE CONSULAR ACCESS
                                         )
19  ALEXANDER VINNIK,                    )
                                         )
20                                       )
            Defendant.                   )
21  _____ )

22

23          On November 1, 2022, Defendant Alexander Vinnik filed a motion relating to an in-person

24  consular visit by the Russian Ambassador and First Secretary at Santa Rita Jail scheduled to take place

25  on November 3, 2022 (hereinafter, "the consular visit").  Dkt. No. 33.  The United States ("the

26  government") hereby files this response to clarify its position with respect to Vinnik's request and to

27
    U.S. RESPONSE TO VINNIK'S UNOPPOSED MOTION RE: PRIVATE CONSULAR ACCESS
28  CR 16-00227 SI
                                              1

1 | request that the Court's Order be tailored to respect Vinnik's privacy without inhibiting the jail's normal
2 | safety protocols.

3 | Prior to filing his motion, counsel for Vinnik asked the government via email whether it would
4 | stipulate to an order from the court directing that the meeting not be recorded.  Government counsel
5 | responded that that the government agreed not to oppose an order prohibiting recording in order to
6 | permit a private meeting.  The government did not agree to an order that would inhibit the jail's normal
7 | safety protocols.

8 | Shortly after exchanging emails with the government on the subject, counsel for Vinnik filed a
9 | motion requesting "an order from the Court prohibiting any local, state, or federal agency from
10 | *recording, monitoring, or otherwise surveilling, in any way whatsoever*, the November 3, 2022 meeting
11 | between Mr. Vinnik and the visiting consular officials."  *Id.* at 2 (emphasis added).   That language is so
12 | vague and broad that it could have the unintended effect of curtailing the jail's ability to abide by its
13 | standard safety protocols and procedures and thus could result in the jail being unable to accommodate
14 | the visit.

15 | The government maintains that it does not oppose the request for a Court order requiring that the
16 | consular visit not be recorded.  The government understands, however, that the jail will otherwise have
17 | its usual security protocols in place, which may be curtailed by the broad language of Vinnik's request.

18 | Accordingly, the government respectfully requests that the Court's Order be limited to
19 | prohibiting the conversation between Vinnik, the Russian Ambassador, and First Secretary from being
20 | / / /
21 | / / /
22 | / / /
23 | / / /
24 | / / /
25 | / / /
26 | / / /
27 |
28 | U.S. RESPONSE TO VINNIK'S UNOPPOSED MOTION RE: PRIVATE CONSULAR ACCESS
   | CR 16-00227 SI

recorded, intercepted, or listened to, while permitting the jail the flexibility necessary to follow all other safety and standard protocols during the visit.

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

Dated: November 2, 2022

___ /s/_____
CLAUDIA QUIROZ
Assistant United States Attorney
C. ALDEN PELKER
Trial Attorney, CCIPS Assistant United States Attorney

U.S. RESPONSE TO VINNIK'S UNOPPOSED MOTION RE: PRIVATE CONSULAR ACCESS
CR 16-00227 SI