IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 16-CR-227 SI |
| Plaintiff, | [PROPOSED] ORDER RE: CONSULAR ACCESS |
| v. | |
| ALEXANDER VINNIK, | |
| Defendant. | |

For the reasons stated in the defendant Alexander Vinnik's unopposed motion, the Alameda County Sheriff's Office, the U.S. Department of Justice, and all other local, state, and federal agencies are hereby prohibited from recording or otherwise surveilling the in-person meeting between Mr. Vinnik and Russian consular officials at Santa Rita Jail scheduled for November 3, 2022.

IT IS SO ORDERED.

DATED: November 2, 2022

HONORABLE SUSAN ILLSTON
Senior United States District Judge