STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

CLAUDIA QUIROZ (CABN 254419)
Assistant United States Attorney
C. ALDEN PELKER (MD)
Trial Attorney
Computer Crime & Intellectual Property Section
United States Department of Justice

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7428
    FAX: (415) 436-7234
    claudia.quiroz@usdoj.gov
    catherine.pelker@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BTC-E, A/K/A CANTON BUSINESS CORPORATION, <br><br> and <br><br> ALEXANDER VINNIK, <br><br> Defendants. | NO. CR 16-00227-SI-5 <br><br> STIPULATION TO EXCLUDE TIME FROM DECEMBER 16, 2022 TO FEBRUARY 14, 2023 AND [PROPOSED] ORDER |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant, Alexander Vinnik, that time be excluded under the Speedy Trial Act from December 16, 2022 through February 14, 2023.

At the status conference held on December 16, 2022, the government and counsel for the

defendant agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing the discovery already produced. For this reason and as further stated on the record at the status conference, the parties stipulate and agree that excluding time until February 14, 2023 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from December 16, 2022 through February 14, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.                                STEPHANIE M. HINDS
                                                    United States Attorney

DATED:  December 17, 2022                           __/s/_____
                                                    CLAUDIA QUIROZ
                                                    Assistant United States Attorney
                                                    C. ALDEN PELKER
                                                    Trial Attorney, CCIPS Assistant United States Attorney

DATED: December 18, 2022                            _____/s/_____
                                                    DAVID RIZK
                                                    Counsel for Defendant ALEXANDER VINNIK

## [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on December 16, 2022 and for good cause shown, the Court finds that failing to exclude the time from December 16, 2022 through February 14, 2023 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from December 16, 2022 to February 14, 2023 from computation under the Speedy

Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from December 16, 2022 through February 14, 2023 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: December 19, 2022

SUSAN ILLSTON
United States District Judge