STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

KATHERINE M. LLOYD-LOVETT (CABN 276256)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Katherine.lloyd-lovett@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ALEXANDER VINNIK,<br><br>    Defendant. | No. CR 16-00227-SI-5<br><br>NOTICE OF ADDITIONAL COUNSEL |

    The United States Attorney's Office hereby files this Notice of Additional Counsel to advise the Court that Assistant United States Attorney Katherine M. Lloyd-Lovett appears in this matter in addition to AUSA Claudia Quiroz and Trial Attorney C. Alden Pelker.  Future ECF notices should be sent to Assistant United States Attorney Lloyd-Lovett with the following contact information:

    Katherine M. Lloyd-Lovett
    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Katherine.lloyd-lovett@usdoj.gov

//

//

//

AUSA Claudia Quiroz and Trial Attorney Pelker remain as counsel for the government in this case.

DATED: February 10, 2023                                  Respectfully submitted,

                                                          STEPHANIE M. HINDS
                                                          United States Attorney


                                                           /s/
                                                          KATHERINE M. LLOYD-LOVETT
                                                          Assistant United States Attorney