JODI LINKER
Federal Public Defender
DAVID W. RIZK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:     415.436.7700
Facsimile:      415.436.7706
David_rizk@fd.org

Counsel for Defendant VINNIK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 16-227 SI |
|---|---|
| Plaintiff, | |
| v. | **DECLARATION OF DAVID RIZK IN SUPPORT OF DEFENDANT'S MOTION TO AMEND PROTECTIVE ORDER** |
| ALEXANDER VINNIK, | |
| Defendant. | |

I, David W. Rizk, state as follows:

I am the Assistant Federal Public Defender appointed to represent defendant Alexander Vinnik.

1. Attached hereto as Exhibit A is a copy of the proposed amended protective order in Mr. Vinnik's case.

2. Attached hereto as Exhibit B is the Department of Justice's first press release concerning Mr. Vinnik's case.

3. Attached hereto as Exhibit C is a copy of the superseding indictment in Mr. Vinnik's case, redacted by the United States government.

4. Attached hereto as Exhibit D is a copy of the Department of Justice's second press release concerning Mr. Vinnik's case.

5. Attached hereto as Exhibit E is a true and correct copy of the proposed protective order in the case with defense counsel's comments.

6. Attached hereto as Exhibit F is a true and correct copy of an email exchange between government and defense counsel on September 20, 2022.

7. Attached hereto as Exhibit G is a true and correct copy of government counsel's response to defense counsel's September 20, 2022 email.

8. Numerous individuals with knowledge of prisoner swap negotiations have emphasized to the defense counsel the importance of publicly advocating for Mr. Vinnik's inclusion in a prisoner swap. By contrast, the Department of Justice has objected without citing any legal basis to public advocacy for a prisoner exchange by Mr. Vinnik's attorneys.

9. When the government refused to remove the restrictions on use of non-sensitive discovery for any other purpose or disclosure to any third parties, defense counsel repeatedly pressed government counsel at least three to four times in writing and in phone calls to justify the restrictions in late 2022 and early 2023. In these discussions, the line prosecutors conceded they were "not authorized" to make the changes requested by Mr. Vinnik.

10. Based on defense counsel's analysis of discovery produced by the government, approximately one-fiftieth (1/50) of it by volume has been designated "Sensitive Information" by the government

11. Attached hereto as Exhibit H is a true and correct copy of discovery marked as protected, July 9, 2018 H.S.I. Report of Investigation.

I DECLARE under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Signed this 19th day of May, 2023, in San Francisco, California.

                                                                         /S
                                                                         DAVID WADE RIZK

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*US v. Vinnik,* Case No. 16-227 SI
Rizk Decl. 3