JODI LINKER
Federal Public Defender
Northern District of California
DAVID RIZK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:   (415) 436-7706
Email:        david_rizk@fd.org

Counsel for Defendant VINNIK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALEXANDER VINNIK, <br><br> Defendant. | **Case No.:** CR 16-227 SI <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND REPLY BRIEF DEADLINE** |

     On May 19, 2023 defense counsel filed a motion to amend the protective order in the above captioned case. Government counsel filed their opposition on May 26, 2023, and pursuant to Crim. L.R. 47-4, the reply brief is due today. Defense counsel respectfully requests a one-day extension to file the reply on May 31, 2023. Government counsel has no opposition to the proposed extension.

| | | |
|---|---|---|
| 1 | IT IS SO STIPULATED. | |
| 2 | | |
| 3 | May 30, 2023<br>Dated | ISMAIL J. RAMSEY<br>United States Attorney<br>Northern District of California |
| 4 | | |
| 5 | | _____/S_____ |
| 6 | | CLAUDIA QUIROZ<br>Assistant United States Attorney |
| 7 | | |
| 8 | | |
| 9 | May 30, 2023<br>Dated | JODI LINKER<br>Federal Public Defender<br>Northern District of California |
| 10 | | |
| 11 | | _____/S_____ |
| 12 | | DAVID RIZK<br>Assistant Federal Public Defender |
| 15 | IT IS SO ORDERED. | |
| 17 | _____<br>Dated | SUSAN ILLSTON<br>Senior United States District Judge |

[PROPOSED] STIPULATED ORDER
*VINNIK*, CR 16-227 SI