1   ISMAIL J. RAMSEY (CABN 189820)
    United States Attorney
2
    KATHERINE L. WAWRZYNIAK (CABN 252751)
3   Chief, Criminal Division

4   CLAUDIA QUIROZ (CABN 254419)
    KATHERINE LLOYD-LOVETT (CABN 276256)
5   Assistant United States Attorneys
    C. ALDEN PELKER (MD)
6   Trial Attorney
    Computer Crime & Intellectual Property Section
7   United States Department of Justice

8       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
9       Telephone: (415) 436-7428
        FAX: (415) 436-7234
10      claudia.quiroz@usdoj.gov
        katherine.lloyd-lovett@usdoj.gov
11      catherine.pelker@usdoj.gov

12  Attorneys for United States of America

13                    UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                     SAN FRANCISCO DIVISION

16

17  UNITED STATES OF AMERICA,            )   NO. CR 16-00227-SI-5
                                         )
18          Plaintiff,                   )   STIPULATION TO EXCLUDE TIME;
                                         )   [PROPOSED] ORDER
19      v.                               )
                                         )
20  BTC-E, A/K/A CANTON BUSINESS         )
21  CORPORATION,                         )
                                         )
22  and                                  )
                                         )
23  ALEXANDER VINNIK,                    )
                                         )
24          Defendants.                  )
                                         )
25  _____  )

26          The above-captioned matter is currently set for a motions hearing and trial setting conference on

27  June 9, 2023.  At the parties' prior appearance on June 2, 2023, it was stipulated by and between counsel

28

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. CR 16-00227-SI-5                                          v. 7/10/2018

for the United States and counsel for the defendant, Alexander Vinnik, that time be excluded under the Speedy Trial Act from June 2, 2023, through June 9, 2023.  This time exclusion will allow defense counsel to continue to prepare, including by reviewing the discovery already produced.  For this reason, the parties stipulate and agree that excluding time from June 2, 2023, through June 9, 2023, will allow for the effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  In addition, time is automatically excluded because defendant's motion to amend the protective order is still to be decided by the Court.  18 U.S.C. § 3161(h)(1)(D).  The parties further stipulate and agree that the ends of justice served by excluding the time from June 2, 2023, through June 9, 2023, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

Undersigned government counsel certify that they have obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

ISMAIL J. RAMSEY
United States Attorney

DATED:  June 5, 2023

_____/s/_____
CLAUDIA QUIROZ
KATHERINE LLOYD-LOVETT
Assistant United States Attorneys
C. ALDEN PELKER
Trial Attorney, CCIPS Assistant United States Attorney

DATED:  June 5, 2023

_____/s/_____
DAVID RIZK
Counsel for Defendant ALEXANDER VINNIK

1

**[~~PROPOSED~~] ORDER**

2      Based upon the facts set forth in the stipulation of the parties and for good cause shown, the

3  Court finds that failing to exclude the time from June 2, 2023, through June 9, 2023, would

4  unreasonably deny defense counsel and the defendant the reasonable time necessary for effective

5  preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The

6  Court further finds that the ends of justice served by excluding the time June 2, 2023, through June 9,

7  2023, from computation under the Speedy Trial Act outweigh the best interests of the public and the

8  defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED

9  that the time from June 2, 2023, to June 9, 2023, shall be excluded from computation under the Speedy

10  Trial Act.  18 U.S.C. § 3161(h)(7)(A), (B)(iv).

11      IT IS SO ORDERED.

12

13  DATED:  ____06/05/2023_____                              _____

14                                                                                       HON. SUSAN ILLSTON
                                                                                          United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. CR 16-00227-SI-5                                                                                    v. 7/10/2018