JODI LINKER
Federal Public Defender
Northern District of California
DAVID RIZK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:	(415) 436-7700
Facsimile:	(415) 436-7706
Email:	david_rizk@fd.org

Counsel for Defendant VINNIK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No.: 16-cr-227 SI |
|---|---|
| Plaintiff, | **WAIVER OF PERSONAL APPEARANCE** |
| v. | |
| ALEXANDER VINNIK, | |
| Defendant. | |

    This matter is scheduled for a status hearing regarding trial setting and the protective order on June 9, 2023. The defense is hopeful and expects the parties will reach agreement on both issues. In view of the foregoing, Mr. Vinnik respectfully requests that he waive his personal appearance pursuant to Federal Rule of Criminal Procedure 43(b)(3) (permitting waiver when the proceeding "involves only a conference or hearing on a question of law"). The government has no objection.

| | |
|---|---|
| June 8, 2023<br>Dated | JODI LINKER<br>Federal Public Defender<br>Northern District of California<br><br>           /S<br>DAVID RIZK<br>Assistant Federal Public Defender |

WAIVER OF PERSONAL APPEARANCE
*VINNIK*, CR 16-227 SI