1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2

3  KATHERINE L. WAWRZYNIAK (CABN 252751)
   Chief, Criminal Division

4  CLAUDIA QUIROZ (CABN 254419)
   KATHERINE LLOYD-LOVETT (CABN 276256)
5  Assistant United States Attorneys
   C. ALDEN PELKER (MD)
6  Trial Attorney
   Computer Crime & Intellectual Property Section
7  United States Department of Justice

8      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
9      Telephone: (415) 436-7428
       FAX: (415) 436-7234
10     claudia.quiroz@usdoj.gov
       katherine.lloyd-lovett@usdoj.gov
11     catherine.pelker@usdoj.gov

12 Attorneys for United States of America

13               UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA

15                 SAN FRANCISCO DIVISION

16

17 UNITED STATES OF AMERICA,          )  NO. CR 16-00227-SI
                                      )
18      Plaintiff,                    )  UNITED STATES' MOTION TO FILE
                                      )  REDACTED DOCUMENT NOS. 14 AND 16;
19    v.                              )  [PROPOSED] ORDER
                                      )
20 BTC-E, A/K/A CANTON BUSINESS       )
   CORPORATION,                       )
21                                    )
   and                                )
22                                    )
   ALEXANDER VINNIK,                  )
23                                    )
        Defendants.                   )
24 _____)

25

26

27

28 UNITED STATES' MOTION TO FILE REDACTED DOCUMENT NOS. 14 AND 16; [PROPOSED] ORDER
   Case No. CR 16-00227-SI                                              v. 7/10/2018
                                      1

1    The United States of America ("the government"), through undersigned counsel, respectfully

2  requests the public filing of the redacted versions of Document Nos. 14 and 16 in the above-referenced

3  action.  These documents are currently under seal and no longer need to be sealed except for the

4  redactions set in the proposed versions.  The redactions are necessary because they include PII and

5  sensitive witness information that should not be disclosed at this juncture.  Proposed redacted versions

6  of Document Nos. 14 and 16 will be lodged under seal with the Court as Exhibits A and B to this

7  motion.

8                                          Respectfully submitted,

9                                          ISMAIL J. RAMSEY
                                           United States Attorney
10

11

12  DATED:  June 9, 2023                    _____/s/_____
                                           CLAUDIA QUIROZ
13                                          KATHERINE LLOYD-LOVETT
                                           Assistant United States Attorneys
14                                          C. ALDEN PELKER
                                           Trial Attorney, CCIPS Assistant United States
15                                          Attorney

16

17

18                              **[PROPOSED] ORDER**

19         On the motion of the United States, and good cause appearing therefor, the Court grants the

20  government's motion and ORDERS that the government may file Document Nos. 14 and 16 on the

21  public record with the redactions proposed in Exhibits A and B to the government's motion.

22         IT IS SO ORDERED.

23         DATED:                           _____
                                           HONORABLE SUSAN ILLSTON
24                                          United States District Judge

25

26

27

28  UNITED STATES' MOTION TO FILE REDACTED DOCUMENT NOS. 14 AND 16; [PROPOSED] ORDER
    Case No. CR 16-00227-SI                                                    v. 7/10/2018
                                          2