1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
3  KATHERINE L. WAWRZYNIAK (CABN 252751)
   Chief, Criminal Division
4
   CLAUDIA QUIROZ (CABN 254419)
5  KATHERINE LLOYD-LOVETT (CABN 276256)
   Assistant United States Attorneys
6  C. ALDEN PELKER (MD)
   Trial Attorney
7  Computer Crime & Intellectual Property Section
   United States Department of Justice
8
        450 Golden Gate Avenue, Box 36055
9       San Francisco, California 94102-3495
        Telephone: (415) 436-7428
10      FAX: (415) 436-7234
        claudia.quiroz@usdoj.gov
11      katherine.lloyd-lovett@usdoj.gov
        catherine.pelker@usdoj.gov
12
   Attorneys for United States of America
13
                     UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15
                          SAN FRANCISCO DIVISION
16

17 | UNITED STATES OF AMERICA,          ) NO. CR 16-00227-SI
                                         )
18 |       Plaintiff,                    ) UNITED STATES' MOTION TO FILE
                                         ) REDACTED DOCUMENT NOS. 14 AND 16;
19 |    v.                               ) [PROPOSED] ORDER
                                         )
20 | BTC-E, A/K/A CANTON BUSINESS        )
     CORPORATION,                        )
21                                       )
   and                                   )
22                                       )
   ALEXANDER VINNIK,                     )
23                                       )
          Defendants.                    )
24 |_____)

25

26

27

28 UNITED STATES' MOTION TO FILE REDACTED DOCUMENT NOS. 14 AND 16; [PROPOSED] ORDER
   Case No. CR 16-00227-SI                                              v. 7/10/2018
                                         1

The United States of America ("the government"), through undersigned counsel, respectfully requests the public filing of the redacted versions of Document Nos. 14 and 16 in the above-referenced action. These documents are currently under seal and no longer need to be sealed except for the redactions set in the proposed versions. The redactions are necessary because they include PII and sensitive witness information that should not be disclosed at this juncture. Proposed redacted versions of Document Nos. 14 and 16 will be lodged under seal with the Court as Exhibits A and B to this motion.

                                                Respectfully submitted,

                                                ISMAIL J. RAMSEY
                                                United States Attorney

DATED: June 9, 2023                    _____/s/_____
                                                CLAUDIA QUIROZ
                                                KATHERINE LLOYD-LOVETT
                                                Assistant United States Attorneys
                                                C. ALDEN PELKER
                                                Trial Attorney, CCIPS Assistant United States Attorney

## [PROPOSED] ORDER

On the motion of the United States, and good cause appearing therefor, the Court grants the government's motion and ORDERS that the government may file Document Nos. 14 and 16 on the public record with the redactions proposed in Exhibits A and B to the government's motion.

IT IS SO ORDERED.

DATED: June 23, 2023                     _____
                                                HONORABLE SUSAN ILLSTON
                                                United States District Judge