JODI LINKER
Federal Public Defender
Northern District of California
DAVID RIZK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: david_rizk@fd.org

Counsel for Defendant VINNIK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER VINNIK,<br><br>Defendant. | Case No.: 16-cr-227 SI<br><br>**WAIVER OF PERSONAL APPEARANCE** |

This matter is scheduled for a status conference regarding the protective order and pretrial deadlines on June 30, 2023. In view of the foregoing, Mr. Vinnik respectfully requests that he waive his personal appearance pursuant to Federal Rule of Criminal Procedure 43(b)(3) (permitting waiver when the proceeding "involves only a conference or hearing on a question of law").

1
2  June 29, 2023                       JODI LINKER
3  Dated                                  Federal Public Defender
                                                      Northern District of California
4
                                                                         /S
5                                              DAVID RIZK
                                            Assistant Federal Public Defender

WAIVER OF PERSONAL APPEARANCE
*VINNIK*, CR 16-227 SI