ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

KATHERINE L. WAWRZYNIAK (CABN 252751)
Chief, Criminal Division

CLAUDIA QUIROZ (CABN 254419)
KATHERINE LLOYD-LOVETT (CABN 276256)
Assistant United States Attorneys
C. ALDEN PELKER (MD)
Trial Attorney
Computer Crime & Intellectual Property Section
United States Department of Justice

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7428
    FAX: (415) 436-7234
    claudia.quiroz@usdoj.gov
    katherine.lloyd-lovett@usdoj.gov
    catherine.pelker@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR 16-00227-SI-5 |
|     Plaintiff, | ) |
| | ) STIPULATION TO EXCLUDE TIME; |
| v. | ) [~~PROPOSED~~] ORDER |
| BTC-E, A/K/A CANTON BUSINESS CORPORATION, | ) |
| and | ) |
| ALEXANDER VINNIK, | ) |
|     Defendants. | ) |

The parties appeared before the Court for a motions hearing and trial setting conference on June 9, 2023.  At that time, trial was set for February 5, 2024, and a further status conference was set for June 30, 2023.  The parties appeared on June 30, 2023, during which the Court set a pretrial schedule.

It has been stipulated by and between counsel for the United States and counsel for the defendant, Alexander Vinnik, that time be excluded under the Speedy Trial Act from June 9, 2023, through February 5, 2024.  This time exclusion will allow defense counsel to continue to prepare, including by reviewing the discovery already produced.  For this reason, the parties stipulate and agree that excluding time from June 9, 2023, through February 5, 2024 will allow for the effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from June 9, 2023, through February 5, 2024 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

Undersigned government counsel certify that they have obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.                      ISMAIL J. RAMSEY
                                         United States Attorney

DATED: July 6, 2023                       __/s/_____
                                         CLAUDIA QUIROZ
                                         KATHERINE LLOYD-LOVETT
                                         Assistant United States Attorneys
                                         C. ALDEN PELKER
                                         Trial Attorney, CCIPS Assistant United States Attorney

DATED: July 6, 2023                       _____/s/_____
                                         DAVID RIZK
                                         Counsel for Defendant ALEXANDER VINNIK

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from June 9, 2023, through February 5, 2024, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time June 9, 2023, through February 5, 2024, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from June 9, 2023, to February 5, 2024, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED:   7/6/2023

HON. SUSAN ILLSTON
United States District Judge