**ALEKSANDR GRUZMAN ESQ. (SBN 232763)**
LAW OFFICE OF ALEKSANDR GRUZMAN
7703 Santa Monica Blvd., Ste 1
West Hollywood, CA, 90046
Tel: (323) 798-4444
Facsimile (866) 475-5442
info@alexgruzman.com

**BUKH LAW FIRM, PLLC**
**ARKADY BUKH, ESQ.**
1123 Avenue Z
Brooklyn, NY 11225
Tel: (718) 376-4766
Fax: (718) 376-3033
honorable@usa.com

*Attorneys for Defendant*
ALEXANDER VINNIK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

-----------------------------------------------------------X
UNITED STATES OF AMERICA,

        Plaintiff,

  v.

BTC-EM A/K/A CANTON BUSINESS CORPORATION, ANDREY NIKONOROV, STANISLAV GOLOVANOV, ALEXANDER VINNIK

        Defendants.
-----------------------------------------------------------X

Case No.: 3:16- CR-00227-SI

**NOTICE OF APPEARANCE FOR ALEXANDER VINNIK**

    **PLEASE TAKE NOTICE THE, ALEKSANDR GRUZMAN ESQ. OF THE LAW OFFICE OF ALEKSANDR GRUZMAN,** located at 7703 Santa Monica Boulevard, Suite 1, West Hollywood, CA, 90046, (323) 798-4444 hereby appears for Defendant, Alexander Vinnik.

Please add Defendant's counsel to the list of persons to be noticed.

                                                Respectfully,

Dated: August 14, 2023                /s/Aleksandr Gruzman
                                                Attorney for Defendant
                                                Alexander Vinnik