UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|                      ,        Case No. _____
  Plaintiff(s),
        v.                      **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
                                (CIVIL LOCAL RULE 11-3)
                      ,
  Defendant(s).

I, _____, an active member in good standing of the bar of _____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: _____ in the above-entitled action. My local co-counsel in this case is _____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: _____.

_____                _____
MY ADDRESS OF RECORD                           LOCAL CO-COUNSEL'S ADDRESS OF RECORD

_____                _____
MY TELEPHONE # OF RECORD                       LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

_____                _____
MY EMAIL ADDRESS OF RECORD                     LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: _____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court _____ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____

APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

UNITED STATES DISTRICT/MAGISTRATE JUDGE