```
JODI LINKER
Federal Public Defender
Northern District of California
DAVID RIZK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  (415) 436-7700
Facsimile:  (415) 436-7706
Email:      david_rizk@fd.org
```

Counsel for Defendant VINNIK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER VINNIK,<br><br>Defendant. | Case No.: CR 16-227 SI<br><br>**APPLICATION AND [PROPOSED] ORDER TO WITHDRAW AS COUNSEL** |

Defendant Alexander Vinnik has retained counsel in the above captioned matter. Therefore, the Federal Public Defender's Office hereby moves to withdraw as counsel for Mr. Vinnik. Counsel also requests to be removed from all electronic notices in this matter.

|  |  |
|---|---|
| August 16, 2023<br>Dated | JODI LINKER<br>Federal Public Defender<br>Northern District of California<br><br>          /S<br>DAVID RIZK<br>Assistant Federal Public Defender |

**[PROPOSED] ORDER**

For the reason stated in counsel's application and pursuant to L.R. 11-5, the Federal Public Defender's Office is hereby relieved as counsel in the above captioned matter.

IT IS SO ORDERED.

_____        _____
Dated                                              SUSAN ILLSTON
                                                   Senior United States District Judge