UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

| | | |
|---|---|---|
| **Date:** September 8, 2023 | **Time:** 11:11 – 11:23  12 Minutes | **Judge:** SUSAN ILLSTON |
| **Case No.**: 16-cr-00227-SI-5 | **Case Name:** United States v. Alexander Vinnik | |

**Attorney for Government:** Claudia Quiroz, Katherin Lloyd-Lovett
**Attorney for Defendant:** David Rizk, Aleksandr Gruzman
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [X] In Custody  [ ] Not in Custody

| | |
|---|---|
| **Deputy Clerk:** Esther Chung | **Court Reporter:** Jennifer Coulthard |
| **Interpreter:** n/a | **Probation Officer:** n/a |

## PROCEEDINGS

Status Conference – Held.

## SUMMARY

Defendant was present.  The Court questioned Mr. Rizk and Mr. Gruzman concerning the pending request for change of counsel and the status of representation for the business entity.

The Government and Mr. Gruzman confirmed that the business entity is not currently represented.  The Court granted the request for change of counsel.

The parties jointly requested that the trial date be continued to September.  The Court examined Defendant to confirm that he agreed with moving the trial date.  Time is to be excluded through the new trial date.  A further Pretrial Scheduling Order will be issued.

CASE CONTINUED:  **11/17/2023 at 11:00 a.m. for Further Status Conference**

-------------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY: Government to prepare an exclusion order.**
Category:  Effective preparation of counsel.
Begins:  2/5/2024
Ends:  9/30/2024
-------------------------------------------------------------------------------------------------------------------