UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

| | | |
|---|---|---|
| **Date:** March 29, 2024 | **Time:** 11:03 – 11:05  2 Minutes | **Judge:** SUSAN ILLSTON |
| **Case No.**: 16-cr-00227-SI-5 | **Case Name:** United States v. Alexander Vinnik | |

**Attorney for Government:** Claudia Quiroz, Katherin Lloyd-Lovett, Alden Pelker
**Attorney for Defendant:** Aleksandr Gruzman
**Defendant:** [X ] Present   [ ] Not Present
**Defendant's Custodial Status:** [X ] In Custody   [ ] Not in Custody

| | |
|---|---|
| **Deputy Clerk:** Esther Chung | **Court Reporter:** Lee Ann Shortridge |
| **Interpreter:** Marina Brodskaya | **Probation Officer:** n/a |

### PROCEEDINGS

Status Conference – Held.

### SUMMARY

The parties requested that a Change of Plea Hearing date be set. The Court set the hearing as requested.

CASE CONTINUED:   **5/3/2024 at 11:00 AM for Change of Plea**