| | |
|---|---|
| 1 | ISMAIL J. RAMSEY (CABN 189820)<br>United States Attorney |
| 2 | |
| 3 | MARTHA BOERSCH (CABN 126569)<br>Chief, Criminal Division |
| 4 | KATHERINE M. LLOYD-LOVETT (CABN 276256)<br>Assistant United States Attorney |
| 5 | CLAUDIA QUIROZ (CABN 254419)<br>C. ALDEN PELKER (MD) |
| 6 | Trial Attorneys<br>Computer Crime & Intellectual Property Section |
| 7 | United States Department of Justice |
ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

KATHERINE M. LLOYD-LOVETT (CABN 276256)
Assistant United States Attorney
CLAUDIA QUIROZ (CABN 254419)
C. ALDEN PELKER (MD)
Trial Attorneys
Computer Crime & Intellectual Property Section
United States Department of Justice

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    katherine.lloyd-lovett@usdoj.gov
    claudia.quiroz2@usdoj.gov
    catherine.pelker@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALEXANDER VINNIK,<br><br>    Defendant. | NO. CR 16-00227-SI-5<br><br>STIPULATION RE SENTENCING DATE AND <s>[PROPOSED]</s> ORDER |

Sentencing is set in this matter for July 12, 2024, at 11:00 a.m. The parties have met and conferred and agree to continue sentencing for a period of six months, to January 17, 2025, at 11:00 a.m. The parties have confirmed that this date is available for the Court and for the assigned Probation Officer. The parties therefore respectfully request that the Court grant the requested continuance.

//

Undersigned government counsel certify that they have obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

ISMAIL J. RAMSEY
United States Attorney

DATED: June 20, 2024

__/s/_____
KATHERINE LLOYD-LOVETT
Assistant United States Attorney
CLAUDIA QUIROZ
C. ALDEN PELKER
Trial Attorneys, CCIPS Assistant United States Attorney

DATED: June 20, 2024

_____/s/_____
ARKADY BUKH
ALEKSANDR GRUZMAN
Counsel for Defendant ALEXANDER VINNIK

# [~~PROPOSED~~] ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court vacates the sentencing hearing currently set for July 12, 2024, and ORDERS that sentencing in this matter shall be set to take place on January 17, 2025, at 11:00 a.m.

IT IS SO ORDERED.

DATED: June 21, 2024

HON. SUSAN ILLSTON
United States District Judge