ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

KATHERINE M. LLOYD-LOVETT (CABN 276256)
Assistant United States Attorney
CLAUDIA QUIROZ (CABN 254419)
C. ALDEN PELKER (MD)
Trial Attorneys
Computer Crime & Intellectual Property Section
United States Department of Justice

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    katherine.lloyd-lovett@usdoj.gov
    claudia.quiroz2@usdoj.gov
    catherine.pelker@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 16-00227-SI-5 |
|     Plaintiff, | STIPULATION RE SENTENCING DATE AND [PROPOSED] ORDER |
|   v. | |
| ALEXANDER VINNIK, | |
|     Defendant. | |

Sentencing is set in this matter for January 17, 2025, at 11:00 a.m.  The parties have met and conferred and agree to continue sentencing for a period of five months, to June 27, 2025, at 11:00 a.m. The parties have confirmed that this date is available for the Court and for the assigned Probation Officer.  The parties therefore respectfully request that the Court grant the requested continuance.

//

1    Undersigned government counsel certify that they have obtained approval from counsel for the

2    defendant to file this stipulation and proposed order.

3

4    IT IS SO STIPULATED.                              ISMAIL J. RAMSEY
                                                        United States Attorney
5

6

7    DATED:  November 26, 2024                         _____/s/_____
                                                        KATHERINE LLOYD-LOVETT
8                                                       Assistant United States Attorney
                                                        CLAUDIA QUIROZ
9                                                       C. ALDEN PELKER
                                                        Trial Attorneys, CCIPS Assistant United States
10                                                      Attorney

11

12   DATED:  November 26, 2024                         _____/s/_____
                                                        ARKADY BUKH
13                                                      ALEKSANDR GRUZMAN
                                                        Counsel for Defendant ALEXANDER VINNIK
14

15

16                              **[PROPOSED] ORDER**

17        Based upon the facts set forth in the stipulation of the parties and for good cause shown, the

18   Court vacates the sentencing hearing currently set for January 17, 2025, and ORDERS that sentencing in

19   this matter shall be set to take place on June 27, 2025, at 11:00 a.m.

20        IT IS SO ORDERED.

21

22   DATED: _____
                                                        _____
23                                                      HON. SUSAN ILLSTON
                                                        United States District Judge
24

25

26

27

28

STIPULATION RE SENTENCING DATE AND PROPOSED ORDER
Case No. CR 16-00227-SI-5                                              v. 7/10/2018