1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  KATHERINE M. LLOYD-LOVETT (CABN 276256)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
      Telephone: (415) 436-7200
7     FAX: (415) 436-7234
      Katherine.lloyd-lovett@usdoj.gov
8
   Attorneys for United States of America
9
                          UNITED STATES DISTRICT COURT
10
                         NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN FRANCISCO DIVISION
12

13 UNITED STATES OF AMERICA,              ) No. 16-CR-00227 SI
                                          )
14     Plaintiff,                         ) NOTICE OF WITHDRAWAL OF COUNSEL
                                          )
15     v.                                 )
                                          )
16 BTC-e, et al.,                         )
                                          )
17     Defendants.                        )
                                          )
18

19     The United States Attorney's Office hereby files this Notice of Withdrawal of Counsel to advise

20 the Court that Assistant United States Attorney Katherine Lloyd-Lovett should be removed from the

21 docket as counsel for the government in this matter.  Trial Attorneys Claudia Quiroz and Catherine A.

22 Pelker remain as counsel for the United States in this matter.

23 DATED: January 7, 2025                              Respectfully submitted,

24                                                    ISMAIL J. RAMSEY
                                                      United States Attorney
25

26
                                                      ____/s/_____
27                                                    KATHERINE M. LLOYD-LOVETT
                                                      Assistant United States Attorney
28